**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JANINA GIELATA, | ) CASE NO.  07-13163 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held:

At: Kane County Courthouse, 100 S. 3rd St., Courtroom 140, Geneva, IL 60134

On:  **December 18, 2008**               Time: **10:00 a.m.**

2.     The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.     The trustee's Final Report shows total:

| | | |
|---|---|---|
| Receipts | $ | 370,339.34 |
| Disbursements | $ | 323,525.51 |
| Net Cash Available for Distribution | $ | 46,813.83 |

4.     Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $21,016.96 | $63.75 |
| Roy Safanda, Attn'y | $0.00 | WAIVED | $0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $_____0_____, must be paid in full for there to be any dividend to general unsecured creditors.   The priority dividend is anticipated to be __0_____%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7.    Claims of general unsecured creditors totaling $_126,296.88___ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Fifth Third Bank | $ 9,139.98 | $ 1,865.18 |
| 2 | Diamler Chrysler | $ 3,680.93 | $ 751.16 |
| 3 | Argonne Cr Union | $ 7,489.42 | $ 1,528.35 |
| 4 | US Dept. of Ed. | $ 1,319.65 | $ 269.30 |
| 6 | Chase Bank | $ 15,604.39 | $ 3,184.35 |
| 7 | American Exp. Centurion | $ 21,190.35 | $ 4,324.26 |
| 8 | EMCC, Inc. | $ 2,452.98 | $ 500.27 |
| 9 | Roundup Funding, LLC | $ 265.83 | $ 54.25 |
| 10 | eCast Settlement/Citibank | $ 1,378.58 | $ 281.32 |
| 11 | eCast Settlement/GE Money | $ 680.83 | $ 138.94 |

| | | | |
|---|---|---|---|
| 12 | B-Real, LLC | $ 13,727.50 | $ 2,801.34 |
| 13 | B-Real, LLC | $ 8,700.16 | $ 1,775.42 |
| 14 | LVNV Funding, LLC | $ 9,154.38 | $ 1,868.11 |
| 15 | LVNV Funding, LLC | $ 9,787.62 | $ 1,997.34 |
| 16 | Argonne Cr. Union | $ 6,553.49 | $ 1,337.36 |
| 17 | T Mobile USA | $ 596.21 | $ 121.67 |
| 18 | T Mobile USA | $ 210.58 | $ 42.97 |
| 19 | Centerline RE | $ 14,364.00 | $ 2,931.23 |
| | | $126,296.88 | $ 25,733.12 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: None.

Dated: **November 21, 2008**                For the Court,

                                            By:     **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the U.S. Bankruptcy Court
                                                    219 S. Dearborn Street, 7th Floor
                                                    Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Page 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7             Page 1 of 2           Date Rcvd: Nov 21, 2008
Case: 07-13163               Form ID: pdf002          Total Served: 41
```

The following entities were served by first class mail on Nov 23, 2008.
```
db          +Janina Gielata,  20 Simpson St F,  Geneva, IL 60134-2481
aty         +Carl F Safanda,  Safanda Law Firm,  111 East Side Drive,  Geneva, IL 60134-2402
aty         +James A Young,  James A Young & Associates, Ltd.,  47 DuPage Court,  Elgin, IL 60120-6421
tr          +Roy Safanda,  Safanda Law Firm,  111 East Side Drive,  Geneva, IL 60134-2402
11569115     American Express Centurion Bank,  c/o Becket and Lee LLP,  POB 3001,  Malvern PA 19355-0701
11498234    +Amex,  Po Box 297871,  Fort Lauderdale, FL 33329-7871
11498235    +Argonne Credit Union,  1350 W Renwick Rd,  Romeoville, IL 60446-5345
11925661    +Argonne Credit Union,  9700 S Cass Ave Bldg 223,  Argonne, IL 60439-4801
11581250    +Bank of America,  475 Crosspoint Pwy,  Getzville, NY 14068-1609
11547821    +Bank of America N.A.,  475 Crosspoint Pkwy,  P.O. Box 9000,  Getzville, NY 14068-9000
11498236    +Bk Of Amer,  475 Crosspoint Pkwy,  Getzville, NY 14068-1609
12007204    +Centerline Real Estate Services LLC,  c/o Steven D Titiner,  1700 N Farnsworth Ave,
              Aurora, IL 60505-1523
11498237    +Chase,  800 Brooksedge Blvd,  Westerville, OH 43081-2822
11566972     Chase Bank USA, NA,  PO Box 15145,  Wilmington, DE 19850-5145
11498240    +Chrysler Financial,  P.O Box 2993,  Milwaukee, WI 53201-2993
11498241    +Citibank,  Po Box 6241,  Sioux Falls, SD 57117-6241
11498243    +Citibank Usa,  Po Box 6003,  Hagerstown, MD 21747-6003
11520898    +DaimlerChrysler Financial Services Americas, L.L.C,  c/o Riezman Berger, P.C.,
              7700 Bonhomme Ave 7th Floor,  St. Louis, MO 63105-1960
11617237    +EMCC, Inc,  C/O Weltman, Weinberg & Reis,  180 N. LaSalle St., Suite 2400,
              Chicago, IL 60601-2704
11498246   ++FIFTH THIRD BANK,  MD# ROPS05 BANKRUPTCY DEPT,  1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,  Fifth Third Center,  Cincinnati, OH 45263)
11512779     Fifth Third Bank,  1850 E Paris SE - Bankruptcy Department,  Grand Rapids MI 49546,
              MD# ROPS05
11498249    +Hsbc Nv,  Po Box 19360,  Portland, OR 97280-0360
11498250    +Hsbc/carsn,  Pob 15521,  Wilmington, DE 19850-5521
11498252    +Hsbc/menards,  Pob 15521,  Wilmington, DE 19850-5521
11498253    +Kohls/chase,  N56 W 17000 Ridgewood Dr,  Menomonee Falls, WI 53051-5660
11983548     T Mobile USA Inc,  Attn: Bankruptcy Dept.,  PO Box 53410,  Bellevue, Wa 98015-3410
11925662    +T-Mobile,  PO Box 37380,  Albuquerque, NM 87176-7380
11547163     US Department of Education,  Direct Loan Servicing Center,  PO Box 5609,
              Greenville, TX 75403-5609
11498254    +Us Dep Ed,  501 Bleeker Street,  Utica, NY 13501-2401
11581249    +Walenty Gielata,  1136 Hidden Garden Glen,  Saint Charles, IL 60174-4422
11975079     West Asset Management,  PO Box 2348,  Sherman, TX 75091-2348
11635582     eCAST Settlement Corporation assignee of,  Citibank USA NA/HOME DEPOT,  POB 35480,
              Newark NJ 07193-5480
11683783     eCAST Settlement Corporation assignee of,  GE Money Bank/PayPal Buyer Credit,  POB 35480,
              Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Nov 22, 2008.
```
11716794     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 22 2008 04:27:38    B-Real, LLC,  MS 550,
              PO Box 91121,  Seattle, WA 98111-9221
11498244     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14    Discover,  Po Box 15316,
              Wilmington, DE 19850
11498245     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2008 04:30:14    Discover Fin,  Pob 15316,
              Wilmington, DE 19850
11498247    +E-mail/PDF: gecsed@recoverycorp.com Nov 22 2008 02:30:56    Gemb/sams,  Po Box 981400,
              El Paso, TX 79998-1400
11498248    +E-mail/PDF: gecsed@recoverycorp.com Nov 22 2008 02:30:56    Gembpppbycr,  Po Box 981064,
              El Paso, TX 79998-1064
11732297     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,  assignee of Citibank,
              Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
12053266     E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:43
              Recovery Management Systems Corporation,  25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11635398     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 22 2008 04:27:38    Roundup Funding, LLC,
              MS 550,  PO Box 91121,  Seattle, WA 98111-9221
                                                                                       TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Roy Safanda,  Safanda Law Firm,  111 East Side Drive,  Geneva, IL 60134-2402
11498238*   +Chase,  800 Brooksedge Blvd,  Westerville, OH 43081-2822
11498239*   +Chase,  800 Brooksedge Blvd,  Westerville, OH 43081-2822
11498242*   +Citibank,  Po Box 6241,  Sioux Falls, SD 57117-6241
11498251*   +Hsbc/carsn,  Po Box 15521,  Wilmington, DE 19850-5521
12083847*    T Mobile USA Inc,  Attn: Bankruptcy Dept.,  PO Box 53410,  Bellevue, Wa 98015-3410
                                                                                 TOTALS: 0, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Nov 21, 2008
Case: 07-13163               Form ID: pdf002       Total Served: 41

```
         ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**