**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JANINA GIELATA, | ) CASE NO.  07-13163 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   The Honorable Manuel Barbosa
      Bankruptcy Judge

        Final distribution of all monies has been made in accordance with the Order
Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of
which is attached as Exhibit "A.

        All checks have been cashed.  Form 2 is attached as Group Exhibit "B" and the
final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

        The Trustee certifies that the estate has been fully administered, requests that
he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


June 10, 2009
Date


                                        /s/ Roy Safanda
                                        Trustee